UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER STUBL,

        Plaintiff,

Case No. 1:07-cv-821

Hon. Robert J. Jonker

vs.

UNKNOWN WAGNER, *et al.*,

        Defendants.

                             /

**ORDER**

This matter is before the court on plaintiff's (third) motion for discovery (docket no. 17), motion for suspension of fees and costs for photocopies of legal exhibits (docket no. 19), and motion for appointment of counsel (docket no. 23). The September 27, 2007 report and recommendation recommends that plaintiff's suit be dismissed for failure to state a claim pursuant to the Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996) ("PLRA"). The court has previously denied plaintiff's motions seeking discovery and other relief, and has advised him that it will not consider such motions until his suit survives the court's initial screening under the PLRA. Accordingly, plaintiff's motions are **DENIED**.

        **IT IS SO ORDERED.**

Dated: January 22, 2008                      /s/ Hugh W. Brenneman, Jr.
                                                   HUGH W. BRENNEMAN, JR.
                                                     United States Magistrate Judge